

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

ERIC McCRAW                                                                    PLAINTIFF

VS.                                    CIVIL ACTION NO. 2:05CV107KSJMR

JO ANNE BARNHART
COMMISSIONER OF SOCIAL SECURITY                                DEFENDANT

### ORDER

On motion *ore tenus* of the Defendant, by and through her counsel, the United States Attorney,

IT IS ORDERED that the Court file in this case, which was closed while the case was on remand to the Commissioner of Social Security pursuant to Order of September 14, 2005, be and it is hereby reopened.

ORDERED this 8th day of February, 2006.

s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE